**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
201 Las Vegas Blvd South, Suite 200, Las Vegas, NV  89101         E-FILED:06/10/2011
kal13mail@las13.com
(702) 853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>WILLIAM L BECK<br>JOSEPHINE C BECK | CHAPTER 13<br>BKS-11-13410-LBR<br>MOTION TO DISMISS<br><br>**MOTION TO DISMISS**<br>Hearing Date: 7/28/2011<br>Hearing Time:  2:00:00PM |

    Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on 03/11/2011.
2. Debtors Plan has not been confirmed.
3. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:

- Debtor(s) failed to appear  [11 USC § 341 (a)] WILLIAM L BECK and JOSEPHINE C BECK

- Debtor(s) are delinquent in Plan payments

- The Debtor(s) is not eligible for Chapter 13   [11USC § 109 (h)]

- Debtor(s) failed to timely file Schedules, Statements, and/other documents [B.R. 1007 (a)(c)] specifically:  Chapter 13 Plan; Form 22c.

- The Debtor(s) has failed to cooperate with the Trustee [11 USC § 521(a)(3)] as the following documents were not provid
    - All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.  Specifically, tax years 2007 - 2010

    - Paystubs for the following periods:  September 2010 - February 2011 . 11 USC §704(a)(4)  and/or 11 USC §521(a)(B)(iv)

- Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 USC §704 and/or §1302 as the Debtor did not provide the following documents or must file the stated amendments:

    - Bank Statements for the following periods: Wells Fargo: 9/11/10 - 3/11/11; Chase  (all 3 accounts): 9/11/10 - 3/11/11.

WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and

that expenses in the amount of $150.00 be allowed in this case.

Dated: 06/10/2011                                         /s/Kathleen A. Leavitt
                                                                                                                 Kathleen A. Leavitt
                                                                                                                 CHAPTER 13 BANKRUPTCY TRUSTEE